# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-60735 |
| | ) | Chapter 7 |
| Youa Yang, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | **AFFIDAVIT OF DEFAULT** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Onyia Law LLC, | ) | |
| | ) | |
| Defendant. | ) | Adversary No. 26-06009 |
| | ) | |

Patrick J. Sinner, being first duly sworn, deposes and states under oath as follows:

1. I am the attorney for the Plaintiff in this action.

2. On or about May 8, 2026, the Defendant was served with the Summons and Complaint by placing true and correct copies thereof in an envelope addressed as follows, with certified first class postage prepaid (See Exhibit A attached hereto):

| | | |
|---|---|---|
| Sly Onyia, Owner | Sly Onyia, Registered Agent | Sly Onyia, Registered Agent |
| Onyia Law LLC | Onyia Law LLC | Onyia Law LLC |
| IDS Center | 445 Minnesota St., Ste. 1500 | 2998 Victoria St. N. |
| 80 South 8th St., Ste. 900 | St. Paul, MN 55101 | Roseville, MN 55113 |
| Minneapolis, MN 55401 | | |

3. More than 30 days have elapsed since the service of the Summons and Complaint.

4. Onyia Law LLC has failed to plead or otherwise appear.

5. The Plaintiff respectfully requests that the Court enter default against Onyia Law LLC as they have failed to plead or otherwise defend in this adversarial action.

FURTHER AFFIANT SAYETH NOT.

Dated: June 9, 2026

_____
Patrick J. Sinner (MN # 0396710)
KD LAW, PLLP
Attorney for Bankruptcy Trustee
3429 Interstate Blvd. S
Fargo, ND  58103
701-232-8757

Subscribed and sworn to before me this 9th day of June, 2026.

HEATHER CHRIST
Notary Public
State of North Dakota
My Commission Expires January 7, 2028

_____
Notary Public, Cass County, ND

**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-60735 |
| | ) | Chapter 7 |
| Youa Yang, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | **AFFIDAVIT OF SERVICE** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Onyia Law LLC, | ) | |
| | ) | |
| Defendant. | ) | Adversary No. 26-06009 |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

I, Heather Christ, being first duly sworn and under oath, depose and say: I am of legal age, a citizen of the United States and not a party to the action herein; that on the 8th day of May, 2026, I served the following documents:

### SUMMONS AND ADVERSARY COMPLAINT

on the persons listed below by placing a true and correct copy of said documents in an envelope addressed as follows:

| | | |
|---|---|---|
| Sly Onyia, Owner | Sly Onyia, Registered Agent | Sly Onyia, Registered Agent |
| Onyia Law LLC | Onyia Law LLC | Onyia Law LLC |
| IDS Center | 445 Minnesota St., Suite 1500 | 2998 Victoria St. N. |
| 80 South 8th Street, Ste. 900 | St. Paul, MN  55101 | Roseville, MN  55113 |
| Minneapolis, MN  55401 | | |

and deposited same, with postage fully prepaid thereon, in the United States mail at Fargo, North Dakota, for delivery by the United States Post Office Department as directed on the envelope; that there is regular mail service between the place of mailing and the address as directed on the envelope.

_____
Heather Christ

Subscribed and sworn to before me this 8th day of May, 2026.

_____
NOTARY PUBLIC
Cass County, North Dakota

CHARITY GRUENEICH
Notary Public
State of North Dakota
My Commission Expires Oct. 22, 2026