# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-60735 |
|  | ) | Chapter 7 |
| Youa Yang, | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| _____ | ) |  |
|  | ) |  |
| Gene W. Doeling as Bankruptcy Trustee, | ) | **NOTICE OF HEARING AND MOTION** |
|  | ) | **FOR DEFAULT JUDGMENT** |
| Plaintiff, | ) |  |
| v. | ) |  |
|  | ) |  |
| Onyia Law LLC, | ) |  |
|  | ) |  |
| Defendant. | ) | Adversary No. 26-06009 |
|  | ) |  |
| _____ | ) |  |

Gene W. Doeling, Plaintiff, by and through his undersigned attorney, hereby moves for a default judgment to be entered against Onyia Law LLC, Defendant, on the following grounds:

1.      The Court will hold a hearing on this motion at 9:30 a.m. on Tuesday, July 7, 2026.  The hearing will be conducted telephonically.  Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at 651-848-1061 to obtain the dial-in information.  Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judges-calendars.  Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

2.      Any response to this motion must be filed and served not later than Tuesday, June 30, 2026, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays).  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

3.      On April 2, 2026, the Plaintiff filed a complaint under Fed. R. Bankr. P. 7001(1) seeking a monetary judgment against the Defendant in the amount of $3,000 pursuant to 11 U.S.C. § 547.

4.      This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and Fed. R. Bankr. P. 4004.  This proceeding is a core proceeding.

5.      The Summons was reissued on May 8, 2026 by the United States Bankruptcy Court, District of Minnesota, directing the Defendant to file an answer with the Court within thirty days after the date the summons was issued. (Doc. 5.) On May 8, 2026, the Plaintiff mailed the summons and complaint to the Defendant.  (See Doc. 6).

6.     An answer to the complaint was due on June 7, 2026.  See Fed. R. Bankr. P. 7012(a).

7.     To date, the Defendant has not served on Plaintiff nor filed an answer to the complaint.

8.     The Plaintiff made the factual allegations described in his verified complaint (Doc. 1).

9.     The Plaintiff requests that the Court issue an order granting the motion for default judgment and entering the judgment.

Dated this 10th day of June, 2026.

/e/ Patrick J. Sinner
Patrick J. Sinner (MN # 0396710)
KD LAW, PLLP
Attorney for Bankruptcy Trustee
3429 Interstate Blvd. S
Fargo, ND  58103
701-232-8757

Verification.  I, Patrick J. Sinner, the attorney for the Plaintiff herein, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on June 10, 2026          Signed: /e/ Patrick J. Sinner
Patrick J. Sinner (MN # 0396710)
KD LAW, PLLP
Attorney for Bankruptcy Trustee
3429 Interstate Blvd. S
Fargo, ND  58103
701-232-8757

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-60735 |
| | ) | Chapter 7 |
| Youa Yang, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | **UNSWORN DECLARATION** |
| | ) | **OF DEFAULT** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Onyia Law LLC, | ) | |
| | ) | |
| Defendant. | ) | Adversary No. 26-06009 |
| | ) | |
| _____ | ) | |

I, Patrick J. Sinner, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      I am the attorney of record for the Plaintiff in the above-entitled adversary proceeding.

2.      I make this declaration pursuant to Local Rule 7055-1(a).

3.      The Court reissued the summons on May 8, 2026.  (Doc. 5).  The Plaintiff mailed the complaint and summons to the Defendant on May 8, 2026.  (See Doc. 6).  The summons and complaint were mailed to the address on file with the bankruptcy court for the Defendant, 80 South 8th Street, Ste. 900, Minneapolis, MN 55401 as well as to the following addresses: 445 Minnesota St., Suite 1500, St. Paul, MN 55101 and 2998 Victoria St. N, Roseville, MN 55113.

4.      To date, the Plaintiff has not been served with an answer by the Defendant.  The deadline to file an answer to the complaint was June 7, 2026.

5.      I have not received any other defense or response to the complaint from the Defendant since the complaint was filed.

This concludes my Declaration.

Dated this 10th day of June, 2026.

/e/ Patrick J. Sinner_____
Patrick J. Sinner
Attorney for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-60735 |
| | ) | Chapter 7 |
| Youa Yang, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | **UNSWORN DECLARATION** |
| | ) | **OF IDENTIFICATION** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Onyia Law LLC, | ) | |
| | ) | |
| Defendant. | ) | Adversary No. 26-06009 |
| _____ | ) | |

I, Patrick J. Sinner, being duly sworn under oath, state that:

1.     I am employed as an attorney for the Trustee.

2.     I am the attorney of record for the Trustee in the above-entitled adversary proceeding.

3.     The name and address of the Defendant is the following:  Onyia Law LLC, Attn:  Sly

Onyia, Owner/Registered Agent, 80 South 8th Street, Ste. 900, Minneapolis, MN 55402.

Dated this 10th day of June, 2026.

/e/ Patrick J. Sinner
Patrick J. Sinner
Attorney for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-60735 |
| | ) | Chapter 7 |
| Youa Yang, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | **UNSWORN DECLARATION ON** |
| | ) | **THE MERITS AND AMOUNT DUE** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Onyia Law LLC, | ) | |
| | ) | |
| Defendant. | ) | Adversary No. 26-06009 |
| _____ | ) | |

I, Patrick J. Sinner, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the attorney of record for the Plaintiff in the above-entitled adversary proceeding.

2. A monetary judgment in the amount of $3,000 plus costs and disbursements has been requested in this adversary proceeding.

Dated this 10th day of June, 2026.

/e/ Patrick J. Sinner
Patrick J. Sinner
Attorney for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-60735 |
| | ) | Chapter 7 |
| Youa Yang, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | **PROPOSED FINDINGS OF FACT,** |
| | ) | **CONCLUSIONS OF LAW, AND** |
| Plaintiff, | ) | **ORDER FOR JUDGMENT** |
| v. | ) | |
| | ) | |
| Onyia Law LLC, | ) | |
| | ) | |
| Defendant. | ) | Adversary No. 26-06009 |
| | ) | |

The Plaintiff's motion for default judgment is before the Court. Based on the motion and supporting documents, the Court makes the following:

**FINDINGS OF FACT[1]**

1. Gene W. Doeling is the bankruptcy trustee appointed in the bankruptcy case of Youa Yang.

2. The Chapter 7 bankruptcy case is captioned In re Youa Yang, case number 25-60735, Bankr. D. Minn., and it remains open.

3. The trustee brought this action to recover preference payments made by the Debtor on an antecedent debt within 90 days of the bankruptcy petition filing pursuant to 11 U.S.C. § 547. The Court has jurisdiction over this matter pursuant to U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157.

---

[1] To the extent the following Findings of Fact contain legal conclusions, those shall be deemed Conclusions of Law, and to the extent the following Conclusions of Law contain factual findings, those shall be deemed Findings of Fact.

4.	Onyia Law LLC ("Defendant") was paid by the Debtor a total of $3,000 on an antecedent debt over the course of the 90 days prior to the filing of the bankruptcy petition.

5.	The Debtor was insolvent during all times relative to these payments.

6.	The payments allowed this creditor to receive more than such creditor would receive in a case under Chapter 7 of this title, had the transfers not been made, and the creditor received payment on such debt to the extent provided by the provisions of this title.

## CONCLUSIONS OF LAW

1.	This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334.  This proceeding is a core proceeding.

2.	The Trustee has standing to commence this adversary proceeding pursuant to 11 U.S.C. § 547.

3.	The Defendant received transfers totaling $3,000 from the Debtor for its benefit, on account of an antecedent debt owed by the Debtor, made while the Debtor was insolvent, made within 90 days of the bankruptcy petition filing, that enabled the Defendant/creditor to receive more than it would have received had the transfers not been made and the Defendant/creditor had received payment as contemplated by the Bankruptcy Code.  The Bankruptcy Trustee/Plaintiff is authorized to collect this transfer from the recipient/beneficiary.

## ORDER FOR JUDGMENT

IT IS THE ORDER OF THE COURT that default judgment shall be granted the Plaintiff for the relief requested in his complaint.  Specifically, judgment should be entered ordering the Defendant to pay to the bankruptcy estate the amount of the transfers totaling $3,000, plus court costs of $350, for a total judgment amount of $3,350.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: _____

William J. Fisher
United States Bankruptcy Judge

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 25-60735 |
| | ) | Chapter 7 |
| Youa Yang, | ) | |
| | ) | |
|        Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | **AFFIDAVIT OF SERVICE** |
| | ) | |
|        Plaintiff, | ) | |
|   v. | ) | |
| | ) | |
| Onyia Law LLC, | ) | |
| | ) | |
|        Defendant. | ) | Adversary No. 26-06009 |
| _____ | ) | |

I, Heather Christ, being first duly sworn and under oath, depose and say: I am of legal age, a citizen of the United States and not a party to the action herein; that on the 10th day of June, 2026, I served the following documents:

**NOTICE OF HEARING AND MOTION FOR DEFAULT JUDGMENT, UNSWORN DECLARATION OF DEFAULT, UNSWORN DECLARATION OF IDENTIFICATION, UNSWORN DECLARATION ON THE MERITS AND AMOUNT DUE, AND PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER FOR JUDGMENT**

on the persons listed below by placing a true and correct copy of said documents in an envelope addressed as follows:

| | | |
|---|---|---|
| Sly Onyia, Owner | Sly Onyia, Registered Agent | Sly Onyia, Registered Agent |
| Onyia Law LLC | Onyia Law LLC | Onyia Law LLC |
| IDS Center | 445 Minnesota St., Ste. 1500 | 2998 Victoria St. N. |
| 80 South 8th St., Ste. 900 | St. Paul, MN 55101 | Roseville, MN 55113 |
| Minneapolis, MN 55402 | | |

and deposited same, with postage fully prepaid thereon, in the United States mails at Fargo, North Dakota, for delivery by the United States Post Office Department as directed on the envelope; that there is regular mail service between the place of mailing and the address as directed on the envelope.

_____
Heather Christ

Subscribed and sworn to before me this 10th day of June, 2026.

_____
NOTARY PUBLIC
Cass County, North Dakota

CHARITY GRUENEICH
Notary Public
State of North Dakota
My Commission Expires Oct. 22, 2026